IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HAYDEE RIVERA ARZUAGA

DEBTOR(S)

CASE NO. 21-02085-ESL

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ To be determined

3. The general unsecured pool is :$ 0.00

AMENDED PLAN DATE: August 31, 2021          PLAN BASE: $12,648.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/8/2021

[ ] FAVORABLE                          [X] UNFAVORABLE

**1. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

Plan does not provide for creditor "COOPACA" secured portion related to vehicle Toyota Highlander 2019 as filed in proof of claim #03. Plan only provides for surrender of shares.

**[X] OTHER:**

Per claim #03 filed by creditor "COOPACA", debtor is now exceeding amount taken exempt under 11 USC 522 (d)(2) and 11 USC 522(d)(5) for 2019 Toyota Highlander. The amount in excess is $14,105.00.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CCC - RS